**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 99-6908

———————

EDWARD ALVIN MORTON,

Plaintiff - Appellant,

versus

CLARK SINCLAIR, Sheriff; JAMES A. KENSEY,
County Commissioner; JOHN DOE; JANE DOE, in
their individual capacities,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg.   Irene M. Keeley,
District Judge. (CA-99-120)

———————

Submitted:  November 9, 1999        Decided:  December 13, 1999

———————

Before WIDENER and NIEMEYER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Edward Alvin Morton, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Edward Alvin Morton appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Morton v. Sinclair, No. CA-99-120 (N.D.W. Va. June 15, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED